# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH NAPOLEAN WARREN, III,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 84290

**FILED**

MAR 15 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Tara D. Clark Newberry, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on September 20, 2021. Appellant did not file the notice of appeal, however, until February 11, 2022, well after the expiration of the 30-day appeal period prescribed NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-08205

cc: Hon. Tara D. Clark Newberry, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A